**01–716.   Sharwell v. Selva.**

Cuyahoga App. No. 78396. On August 10, 2001, appellant filed a motion to vacate entry filed June 27, 2001, that is, in substance, a motion for reconsideration which was due no later than July 9, 2001. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte,* that appellant's motion be, and hereby is, stricken.

**01–1271.   State ex rel. Cincinnati Enquirer v. Spaeth.**

This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motion of Ohio Prosecuting Attorneys' Association to file an *amicus curiae* motion in support of respondent's motion to dismiss,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and that the *amicus curiae* motion be filed within ten days of this entry and that relator file any reply within ten days after the motion is filed.

**01–1394.   State ex rel. Howard v. Seaway Foodtown, Inc.**

Franklin App. No. 00AP–1097. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's amended request for findings of fact and conclusions of law,

IT IS ORDERED by the court that the request for findings of fact and conclusions of law be, and hereby is, denied.